**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL ENOCH HOWARD,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-3841** |
| | : | |
| **SEPTA TRANSIT POLICE, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 13th day of August, 2026, upon consideration of Plaintiff Daniel Enoch Howard's Motions to Proceed *In Forma Pauperis* (ECF Nos. 1, 5) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

4. No leave to amend will be granted since any attempt would prove futile.

5. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*[signature]*

**MARY KAY COSTELLO, J.**